IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JONATHAN CORNELIUS GLENN,      )
                               )
            Plaintiff,         )
                               )
      v.                       )      CV 110-008
                               )
ASHLEY WRIGHT, District Attorney, and )
JUDGE D. CRAIG, Warrant Officer, )
                               )
            Defendants.        )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice, and this case is

**CLOSED**.

SO ORDERED this 10th day of May 2010, at Augusta, Georgia.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

---

[1]The Court is aware that Plaintiff submitted a letter to the Court alleging that he had
been threatened by officials at the Richmond County Jail. (Doc. no. 7). Notably, however,
Plaintiff never objected to the Report and Recommendation advising that his case be
dismissed for his failure to provide the necessary forms to proceed *in forma pauperis*. (Doc.
no. 5). Most importantly, however, Plaintiff never submitted the requisite forms.